FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> Juan FLORES-Alvarado <br><br> Defendant | Mag. Case No. '08 MJ 8769 <br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Section 1324 <br> (a)(1)(A)(ii) -Illegal Transportation of Alien(s) |

The undersigned complainant, being duly sworn, states:

On or about August 22, 2008, within the Southern District of California, defendant Juan FLORES-Alvarado, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Rosario RINSA-Santaigo, Lingbert RUEDA-Gomez and Domingo CAMIRUAGA-Lujano had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

Juan J. Suarez
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 25th DAY OF AUGUST 2008.

Peter C. Lewis
United States Magistrate Judge

Page 1

I, Senior Border Patrol Agent Juan Suarez declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending agents, that on August 22, 2008, the defendant, a citizen and national Mexico was apprehended near Calexico, California, as he transported (11) eleven undocumented aliens in violation of law.

At approximately 12:00 p.m., the Remote Video Surveillance System (RVSS) camera operators advised agents working in the area that they had observed a group of approximately 10 to 11 individuals swim north across the Briar Canal just east of Barbara Worth Road. RVSS operators saw these individuals run north about 10 yards to a haystack.

BPA Contreras responded to the area and drove west on Carr Road. BPA Contreras traveled to the west side of Barbara Worth road to observe the area. The RVSS Operator observed a black Sport Utility Vehicle driving eastbound on Anza Road towards the location where the individuals were hiding. The vehicle was later identified as a 1995 black Chevrolet Suburban bearing California license plates 5KSS532. The RVSS Operator informed agents that the aliens were all entering the vehicle. The vehicle then drove north on Barbara Worth Road towards Highway 98.

BPA Griffith had a Controlled Tire Deflation Device (CTDD) and was positioned approximately 1/4 of a mile south of Highway 98 along Barbara Worth Road. BPA Griffith was given permission to deploy the CTDD. As the vehicle drove north on Barbara Worth Road BPA Griffith deployed the CTDD and got a positive spike.

As the vehicle approached Highway 98, it traveled westbound on Highway 98. The vehicle came to a complete stop on the south side of Highway 98 by some haystacks approximately 1/2 of a mile to the west side of the Barbara Worth Road and Highway 98 intersection.

BPA Yoshinaga, BPA Griffith, and BPA Contreras arrived on the scene. The Agents identified themselves as Border Patrol Agents as they started searching for the individuals. The vehicle was secured and all 11 individuals that were in the vehicle, plus the driver, who was later identified as Juan FLORES-Alvarado, was located. BPA Contreras asked each of the individuals if the had any documents that would allow them to be in, remain and reside in the United States. All but one claimed to be citizens and nationals of Mexico without any immigration documents. The one that claimed to be a United States citizen was identified as M.M.P. of Madera, California. M.M.P. was also found to be a 16 year-old juvenile. All the individuals were placed under arrest.

At approximately 1:49 p.m. FLORES was advised of his Miranda Rights. FLORES was asked of what country he is a citizen of and he replied the he is a citizen of Mexico. FLORES was asked if he had any documents that would allow him to be in, remain and reside in the United States legally and he did not. FLORES admitted to being the driver of a black 1995 Chevrolet Suburban that picked up the aliens just

east of Barbara Worth Road. FLORES said that he got the vehicle from an individual known as "El Tecuache" on 4th Street in El Centro. FLORES said that he had instructions from El Tecuache to pick up the aliens. FLORES said that he was going to get paid $500.00 dollars for transporting the aliens

Material witness Rosario RINSA-Santaigo, Lingbert RUEDA-Gomez and Domingo CAMIRUAGA-Lujano stated they were going to pay from $1,500.00 to $2,000.00 to be smuggled to Los Angeles, California. Material Witnesses RINSA and CAMIRUAGA stated once they swam across a river they were told to get in a vehicle.

The complainant states that the name of the Material Witness is as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Rosario RINSA-Santaigo | Mexico |
| Lingbert RUEDA-Gomez | Mexico |
| Domingo CAMIRUAGA-Lujano | Mexico |

Further, complainant states that Rosario RINSA-Santaigo, Lingbert RUEDA-Gomez, and Domingo CAMIRUAGA-Lujano are citizens of a country other than the United States; that said aliens admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and their are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on August 23, 2008 at 09:00a.m.

Juan J. Suárez
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find Probable cause to believe that the defendants named in this probable cause statement committed the offense on August 23, 2008 in violation of Title 8, United States Code, 1324.

Honorable Peter C. Lewis
United States Magistrate Judge

8/23/08 @ 10:20 a.m.
Date/Time